■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD PERKINS, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County (Delin, J.), rendered July 21, 1983, convicting him of burglary in the third degree and grand larceny in the second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of those branches of defendant's pretrial motion as sought suppression of identification testimony and certain pretrial statements.

Judgment affirmed.

There was probable cause to arrest defendant, the lineup procedure was not suggestive, and defendant made a knowing and intelligent waiver of his *Miranda* rights. We have considered defendant's remaining contentions and find them to be without merit. Titone, J. P., Mangano, Weinstein and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS PERRINE, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Harrington, J.), imposed July 19, 1984.

Sentence affirmed.

Contrary to defendant's assertions, we do not find the sentence imposed to be unduly harsh or excessive. In addition, we conclude that defendant's application for vacatur of the imposed mandatory surcharge of $75 on the ground of indigency (CPL 420.35) is premature (*see, People v West,* 124 Misc 2d 622). Mollen, P. J., Titone, Brown and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMY PETERSON, Appellant. — Judgment of the Supreme Court, Kings County (Aiello, J.), rendered June 13, 1983, affirmed. (*People v Harris,* 61 NY2d 9.) Titone, J. P., Mangano, Weinstein and Kunzeman, JJ., concur.